IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCIA THOMAS,

    *Plaintiff*,

v.                                        Case No.: 4:25cv190-MW/MJF

BOND COMMUNITY HEALTH
CENTER, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to comply with two court Orders." The Clerk shall close the file.

**SO ORDERED on January 6, 2026.**

                                                    **s/Mark E. Walker**
                                                    **United States District Judge**